1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   CASE NO. 09-250 DAD
                                     )
11                   Plaintiff,      )   STIPULATION AND ORDER
                                     )   CONTINUING PRELIMINARY HEARING
12  v.                               )
                                     )   Date:  October 5, 2009
13  WENDY GARDINER,                  )   Time:  2:00 p.m.
                                     )   Judge: Hon. Gregory G. Hollows
14                   Defendant.      )
                                     )
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18  ─────────────────────────────────

19

20      The parties to this action, defendant Wendy Gardiner and

21  plaintiff United States of America, hereby stipulate through their

22  respective attorneys to continue the preliminary hearing scheduled

23  for October 5, 2009, to October 30, 2009, at 2:00 p.m.

24      The parties are working toward reaching a pre-indictment

25  resolution of the pending charges.  The parties further agree that

26  the above reason constitutes good cause to extend the time for

27  preliminary hearing under Federal Rule of Criminal Procedure 5.1, and

28  that the time within which the indictment must be filed should be

1

1  extended to October 30, 2009, pursuant to the Speedy Trial Act, 18

2  U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

3
                                    Respectfully submitted,
4
   Dated: October 2, 2009         /s/ Shari Rusk
5                                  Attoreny for Defendant
                                   Wendy Gardiner
6

7                                  /s/ Todd Leras
                                   Assistant United States Attorney
8

9

10
                                **ORDER**
11
        Based on the stipulation of the parties and good cause being
12
   shown, the preliminary hearing in this matter is continued to October
13
   30, 2009, at 2:00 p.m.  Time is excluded under the Speedy Trial Act
14
   pursuant to the reason stated in the stipulation of the parties.
15

16
   Dated:  October 2, 2009.
17

18

19
   _____
20  U.S. MAGISTRATE JUDGE

21

22

23

24

25

26

27

28