```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO.  09-250 DAD
                                 )
12                   Plaintiff,  )  STIPULATION AND ORDER
                                 )  CONTINUING PRELIMINARY HEARING
13  v.                           )
                                 )  Date:  October 30, 2009
14  WENDY GARDINER,              )  Time:  2:00 p.m.
                                 )  Judge: Hon. Kimberly J.
15                   Defendant.  )         Mueller
                                 )
16                               )
                                 )
17
18
19       The parties to this action, defendant Wendy Gardiner and
20  plaintiff United States of America, hereby stipulate through their
21  respective attorneys to continue the preliminary hearing scheduled
22  for October 30, 2009, to November 30, 2009, at 2:00 p.m.
23       The parties are working toward reaching a pre-indictment
24  resolution of the pending charges.  The parties further agree that
25  the above reason constitutes good cause to extend the time for
26  preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
27  that the time within which the indictment must be filed should be
28  extended to November 30, 2009, pursuant to the Speedy Trial Act, 18
```

1

1  U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.
2  Shari Rusk has authorized Assistant U.S. Attorney Todd D. Leras to
3  sign this stipulation on her behalf.
4
5                                   Respectfully submitted,
6  Dated:  October 29, 2009
7                                    /s/ Todd D. Leras for
                                     SHARI RUSK
8                                    Attorney for Defendant WENDY GARDINER
9  Dated: October 29, 2009
                                     /s/ Todd D. Leras
10                                   TODD D. LERAS
                                     Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to November 30, 2009, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: October 29, 2009.

_____
U.S. MAGISTRATE JUDGE

3