FooBar

FILED
November 3, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 09-0250 DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| WENDY GARDINER, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Wendy Gardiner</u>, Case No. <u>MAG. 09-0250 DAD</u>, Charge <u>Title 18 USC §§ 922(a)(1)(A); 922(a)(6); 371; 922(g)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_  Release on Personal Recognizance

X   Bail Posted in the Sum of $ _50,000 co-signed by mother_

X   Unsecured Appearance Bond

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond with Surety

\_\_  Corporate Surety Bail Bond

X   (Other) _Pretrial Services Supervision of conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 3, 2009  at  2:45  pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge