1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  CASE NO. MAG. 09-250 DAD
                                  )
11                 Plaintiff,     )  STIPULATION AND ORDER
                                  )  CONTINUING PRELIMINARY HEARING
12 v.                             )
                                  )  Date:   June 2, 2010
13 WENDY GARDINER,                )  Time:   2:00 p.m.
                                  )  Judge:  Hon. Dale A. Drozd
14                 Defendant.     )
                                  )
15                                )
                                  )
16                                )
                                  )
17                                )
                                  )
18 ─────────────────────────────────

19

20      The parties to this action, defendant Wendy Gardiner and

21 plaintiff United States of America, hereby stipulate through their

22 respective attorneys to continue the preliminary hearing scheduled

23 for April 29, 2010, to June 2, 2010, at 2:00 p.m. and that date is

24 available with the Court.

25      The parties are working toward reaching a pre-indictment

26 resolution of the pending charges.  Ms. Gardiner recently delivered a

27 baby by emergency C-section and is at home, recovering with her

28 newborn infant.  The parties further agree that the above reason

                                  1

constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to December 14, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: April 27, 2010   /s/ Shari Rusk
                        Attoreny for Defendant
                        Wendy Gardiner

/s/ Todd Leras
Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to June 2, 2010, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: May 5, 2010

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

09mj240.ord

2