```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>Wendy Gardiner, et al.,<br><br>                    Defendants. | CASE NO. 2:09 MJ 250 DAD<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING |

The parties to this action, defendants Jerry Jones, Wendy Gardiner, and Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for October 27, 2010, to January 5, 2011, at 2:00 p.m.

The parties are working toward reaching a pre-indictment resolution of the pending charges and request more time for witness interviews and investigation.  The parties further agree that the

1

1 above reason constitutes good cause to extend the time for
2 preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
3 that the time within which the indictment must be filed should be
4 extended to January 5, 2011, pursuant to the Speedy Trial Act, 18
5 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: October 26, 2010        /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Sanae Quiroz-Jones

Dated: October 26, 2010        /s/ J Toney
                               J TONEY
                               Attorney for Defendant
                               Jerry Jones

Dated: October 26, 2010        /s/ Shari Rusk
                               SHARI RUSK
                               Attorney for Defendant
                               Wendy Gardiner


Dated: October 26, 2010        Benjamin B. Wagner
                               United States Attorney

                         by:   /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:09 MJ 250 DAD |
| Plaintiff, | ) |
| v. | ) ORDER TO |
| Wendy Gardiner, et al., | ) CONTINUE PRELIMINARY HEARING |
| Defendants. | ) |

   GOOD CAUSE APPEARING, it is hereby ordered that the October 27, 2010 preliminary hearing be continued to January 5, 2011 at 2:00 p.m. I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to January 5, 2011.

IT IS SO ORDERED.

Dated: October 27, 2010.

_____
U.S. MAGISTRATE JUDGE