```
SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-cr-00420 MCE |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | Date:  March 8, 2012 |
| WENDY GARDINER JOHNSTON, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. |
| Defendant. ) | England |

The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for January 5, 2012, to March 8, 2012 at 9:00 a.m. and that date is available with the Court.

The government has provided discovery and a plea offer to the defense.  The government will provide some additional discovery to the defendant, which should enable the parties to reach a resolution.

1

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

                                        Respectfully submitted,

Dated: January 3, 2012       /s/ Shari Rusk_____
                                    Attoreny for Defendant
                                  Wendy Gardiner Johnston

                                     /s/ Todd Leras_____
                                Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to March 8, 2012, at 9:00 a.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.  Based upon the representations and stipulation of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial by the Court excluding such time.

Dated: March 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE