SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WENDY GARDINER JOHNSTON,<br><br>　　　　　　Defendant. | CASE NO. 2:11-cr-00420-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:　April 26, 2012<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England |

　　The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for March 8, 2012, to April 26, 2012 at 9:00 a.m.

　　The government has provided discovery and a plea offer to the defense. The government will provide some additional discovery to the defendant, which should enable the parties to reach a resolution.

1

1
2     The parties agree that time should be excluded under 18
3  U.S.C. § 3161(h)(8)(i) for defense preparation and under local
4  code T4.
5
6                                    Respectfully submitted,
7
   Dated: March 1, 2012         /s/ Shari Rusk_____
8                               Attoreny for Defendant
9                               Wendy Gardiner Johnston
10
11                              /s/ Todd Leras
12              Assistant United States Attorney
13
14                          **ORDER**
15
16     Based on the stipulation of the parties and good cause
17  being shown, the status conference in this matter is continued
18  to April 26, 2012, at 9:00 a.m.  Time is excluded under the
19  Speedy Trial Act pursuant to the reason stated in the
20  stipulation of the parties.
21     It is so Ordered.
22
23   Dated: March 8, 2012
24
25                              _____
26                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
27
28

2