SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 11-420 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| WENDY GARDINER JOHNSTON, | ) | Date:  August 30, 2012 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |

The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for July 5, 2012, to August 30, 2012 at 9:00 a.m. and that date is available with the Court.

The government has provided discovery to the defendant and the defense is in the process of completing its investigation. The parties anticipate a resolution of this matter at the next Court appearance.

1

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

                                  Respectfully submitted,

Dated: July 2, 2012       /s/ Shari Rusk_____
                             Attoreny for Defendant
                             Wendy Gardiner Johnston

                                 /s/ Todd Leras
                                 Todd Leras
                                 Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause having been shown, the status conference in this matter is continued to August 30, 2012, at 9:00 a.m. Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 and because the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE