1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 11-420 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | Date:  September 27, 2012 |
| WENDY GARDINER JOHNSTON, | ) ) | Time:  9:00 a.m. Judge: Hon. Morrison C. |
| Defendant. | ) | England |

   The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for August 30, 2012 to September 27, 2012 at 9:00 a.m. and that date is available with the Court.

   The parties are in negotiations, as well as defense investigation and believe that this matter will resolve once investigation is complete.

1

   The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

                              Respectfully submitted,


Dated: August 28, 2012        /s/ Shari Rusk
                              Attoreny for Defendant
                              Wendy Gardiner Johnston



                              /s/ Todd Leras
                              Todd Leras
                              Assistant United States Attorney

**ORDER**

   Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to September 27, 2012, at 9:00 a.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.  The Court finds that the ends of justice served by this continuance outweigh the interests of the public and the defendant in a speedy trial.

   IT IS SO ORDERED.

 Dated: August 30, 2012

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE