SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00420-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | Date:   September 27, 2012 |
| WENDY GARDINER JOHNSTON, | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. Morrison C. |
| Defendant. | ) | England |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

        The parties to this action, defendant Wendy Gardiner

Johnston and plaintiff United States of America, hereby

stipulate through their respective attorneys to continue the

status conference previously scheduled for August 30, 2012 to

September 27, 2012 at 9:00 a.m. and that date is available with

the Court.

        The parties are in negotiations, as well as defense

investigation and believe that this matter will resolve once

investigation is complete, thus the parties request that the

status conference be continued to September 27, 2012 and that

1

1   date is available with the Court.

2       For the purpose of computing time under the Speedy Trial

3   Act, 18 United States Code Section 3161(h)(7)(A) within which

4   trial must commence, the time period of August 30, 2012 to

5   September 27, 2012, inclusive, is deemed excludable pursuant to

6   18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and

7   (iv), corresponding to Local Code T-4 because it results from a

8   continuance granted by the Court at defendant's request on the

9   basis of the Court's finding that the ends of justice served by

10  taking such action outweigh the best interest of the public and

11  the defendant in a speedy trial.

12

13

14

15                          Respectfully submitted,

16

17
    Dated: August 28, 2012        /s/ Shari Rusk_____
18                          Attoreny for Defendant
                                 Wendy Gardiner Johnston
19

20

21                               /s/ Todd Leras
                                 Todd Leras
22                               Assistant United States Attorney

23

24

25

26

27

28

                                   2

## ORDER

Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to September 27, 2012, at 9:00 a.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: September 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE