1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5
                    IN THE UNITED STATES DISTRICT COURT
6
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,        )  CASE NO. 2:11-cr-00420-MCE
9                                    )
                       Plaintiff,    )  STIPULATION AND ORDER
10                                   )  CONTINUING STATUS CONFERENCE
   v.                               )
11                                   )  Date:   January 10, 2013
   WENDY GARDINER JOHNSTON,          )  Time:   9:00 a.m.
12                                   )  Judge:  Hon. Morrison C.
                       Defendant.    )  England
13                                   )
                                     )
14                                   )
                                     )
15                                   )
                                     )
16                                   )

17

18        The parties to this action, defendant Wendy Gardiner

19  Johnston and plaintiff United States of America, hereby stipulate

20  through their respective attorneys to continue the status

21  conference previously scheduled for November 29, 2012 to January

22  10, 2013 at 9:00 a.m. and that date is available with the Court.

23        The parties have resolved most of the outstanding issues and

24  are in negotiations, as well as defense investigation that the

25  parties believe will result in a final plea agreement being

26  memorialized prior to the next status conference date of January

27  10, 2013.

28  ///

                                    1

1  The parties are close to reaching a resolution, alleviating the

2  need for a trial date, thus the parties request that the status

3  conference be continued to January 10, 2013 and that date is

4  available with the Court.

5

6      For the purpose of computing time under the Speedy Trial

   Act, 18 United States Code Section 3161(h)(7)(A) within which

7  trial must commence, the time period of November 29, 2012 to

8  January 10, 2013, inclusive, is deemed excludable pursuant to 18

9  United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv),

10 corresponding to Local Code T-4 because it results from a

11 continuance granted by the Court at defendant's request on the

12 basis of the Court's finding that the ends of justice served by

13 taking such action outweigh the best interest of the public and

14 the defendant in a speedy trial.

15

16

17

18                              Respectfully submitted,

19

20
   Dated: November 26, 2012      /s/ Shari Rusk
21                               Attoreny for Defendant
                                   Wendy Gardiner Johnston
22

23

24                               /s/ Todd Leras
                                 Todd Leras
25                               Assistant United States Attorney

26

27

28

                              2

**ORDER**

   Based on the stipulation of the parties and good cause being shown, the status conference in this matter is **continued to January 10, 2013, at 9:00 a.m.**   Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

 Dated: November 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3