SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 11-420 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | Date:   Janury 31, 2013 |
| WENDY GARDINER JOHNSTON, | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. Morrison C. |
| Defendant. | ) | England |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

        The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for January 10, 2013 to January 31, 2013 at 9:00 a.m. and that date is available with the Court.

        The parties have resolved most of the outstanding issues and are in negotiations, as well as defense investigation that the parties believe will result in a final plea agreement being memorialized prior to the next status conference date of January 31, 2013. The parties are close to reaching a resolution,

1

alleviating the need for a trial date, thus the parties request that the status conference be continued to January 10, 2013 and that date is available with the Court.

For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 10, 2013 to January 31, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: January 8, 2013          /s/ Shari Rusk
                                Attoreny for Defendant
                                   Wendy Gardiner Johnston


                                /s/ Todd Leras
                                Todd Leras
                                Assistant United States Attorney

2

1

**ORDER**

2

3

    Based on the stipulation of the parties and good cause being

4

shown, the status conference in this matter is continued to

5

January 31, 2013, at 9:00 a.m.  Time is excluded under the Speedy

6

Trial Act pursuant to the reason stated in the stipulation of the

7

parties.

8

    IT IS SO ORDERED.

9

10

 Dated: January 9, 2013

11

12

_____

13

MORRISON C. ENGLAND, JR., CHIEF JUDGE

14

UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3