SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 11-420 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| WENDY GARDINER JOHNSTON, | ) | Date:  May 23, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |
| Defendant. | ) | |

   The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the previously scheduled status conference for one week, from May 16, 2013 to May 23, 2013 for a change of plea.

   The parties are finalizing a Rule 11(c)(1)(C) plea agreement and intend to submit that agreement to the Court for review on May 16, 2013 in advance of the change of plea hearing.

For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period from May 16, 2013 to May 23, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully submitted,
Dated: May 14, 2013              /s/ Shari Rusk
                                 Attorney for Defendant

                                 Wendy Gardiner Johnston


                                  /s/ Todd Leras
                                 Todd Leras
                                 Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to May 23, 2013, at 9:00 a.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

IT IS SO ORDERED.
Date: May 16, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT